IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
Las Cruces New Mexico

JUN 13 2000

CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. CR 2000-0148 BB |
| MICHAEL HARRIS, | |
| Defendant. | |

### VERDICT

WE, THE JURY, find the defendant, **MICHAEL HARRIS**,

__GUILTY__ of the charge of possession with the intent to distribute cocaine
(guilty or not guilty)

base, a Schedule II controlled substance, on or within one thousand feet of the real property

of a school, as charged in the Indictment.

DATED this __13__ day of June, 2000, at Las Cruces, New Mexico.

_Ann Gilbert_
Foreperson

