IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL A. HARRIS,<br><br>    Defendant. | No. CR 2000-0148 PJK |

ORDER

THIS MATTER came on for consideration of the government's (on behalf of the Bureau of Prisons) Motion Concerning Ineligibility for Reduced Sentence Under 18 U.S.C. § 3582(c)(2) Regarding Drug Quantity Table (through Amendment 782) filed May 4, 2015. Doc. 96. No response in opposition has been filed by Defendant.

Upon consideration thereof, the Motion is granted. Defendant is ineligible for a reduced sentence under § 3582(c)(2) because his 240-month sentence (Doc. 90) is based upon a mandatory minimum and exceeds any new sentencing range under Amendment 782.

IT IS SO ORDERED.

DATED this 1st day of September 2015, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation