PROB 22
(Rev. 2/88)

**FILED**
CLERK, U.S. DISTRICT COURT
1/6/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: AD  DEPUTY

## TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 1:00CR00148-001PJK |

| DOCKET NUMBER (Rec. Court) |
|---|
| 5:17-cr-00001 JGB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Anthony Harris | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | United States Circuit Judge, Paul J. Kelly, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/28/2016 | TO 06/27/2026 |

**OFFENSE**

Possession With Intent to Distribute a Controlled Substance Within 1000 Feet of a School, in violation of 21 U.S.C. Sec. 860(a)

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NEW MEXICO___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 12-19-16

_/s/ Paul Kelly, Jr._
United States ~~District Judge~~ Circuit ~~Sitting by Designation~~

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 01/06/17

_/s/ Virginia A. Phillips_
United States District Judge